IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WILLIE DAVIS,                                      *

    Plaintiff,                               *

v.                                                 Case No.   5:22-cv-00164-CHW

                                              *

COMMISSIONER OF SOCIAL SECURITY,

                                              *

    Defendant.

                                              *

## **JUDGMENT**

Pursuant to this Court's Order dated August 31, 2023, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 31st day of August, 2023.

.

        David W. Bunt, Clerk

        s/ Erin Pettigrew, Deputy Clerk